944

HERBERT MCLEAN PURDY MANAGEMENT CORPORATION v. 342 MADISON AVENUE CORPORATION; EDWARD J. PARKINSON, Receiver; WALLACE GREENE ARNOLD and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [See *ante*, p. 943.]

In the Matter of 108–108½ BOWERY HOLDING CORPORATION and Others, for a Final Order under Article 78 of the Civil Practice Act, against SIDNEY COHEN. In the Matter of ONE SEVENTY-ONE REALTY CORPORATION and Others for a Final Order against SIDNEY COHEN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BENJAMIN H. LEIBMAN v. EDBRO REALTY CO., INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

HENRIETTA EBERHARDT v. CHARLES M. SIEGEL and ARTHUR A. OLDHAM, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE CAPITOL AUTOMATIC MUSIC CO., INC., v. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS OF AMERICA, LOCAL 786, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

WILLIAM FARRELL v. CLARENCE K. REYNOLDS and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

VICTORIA W. GOLDSTEIN v. EDWARD GOLDSTEIN.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 211.] Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

DOROTHY M. WHITE v. JOHN DENNY.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ. [See *post*, p. 959.]

ALBERTINE STAUSS, as Trustee for EUGENE J. STAUSS, etc., v. TITLE GUARANTEE AND TRUST COMPANY.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

## (January 15, 1940.)

In the Matter of the Application of EUGENE P. CONNOLLY, Individually and as Secretary of the New York County Committee of the American Labor Party, Petitioner, Respondent, against S. HOWARD COHEN and Others, etc., Respondents, and HARRY GREENBERG and MORRIS NOVIK, Respondents, Appellants, for an Order Determining and Declaring Valid, etc., and SOLOMON S. GOLDSMITH and Others, Intervening Petitioners, Respondents.— Order unanimously affirmed, without costs. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ. [173 Misc. 288.]